IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:04cv1155-FWO |
| | ) | |
| AUTAUGA COUNTY BOARD OF EDUCATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION

Upon consideration of the non-party, Child Protect's, motion to quash (Doc. #37) filed on July 7, 2005, and for good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to Federal Rules of Civil Procedure 26(c) and 37(a)(2)(B) and ¶ 5 of the General Order of this court entered on November 22, 1993.

The applicable provision of this court's General Order reads as follows:

The court will not consider any motion relating to discovery, such as a motion to compel or a motion for protective order, unless the motion is accompanied by a written certification that the moving party has made reasonable good-faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

Federal Rules of Civil Procedure 26(c) and 37(a)(2)(B), as amended on December 1, 1993, require litigants to seek to resolve discovery disputes by a good faith conference before seeking court intervention. Discovery motions filed pursuant to

these Rules <u>must be accompanied by a certification</u> that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.  Additionally, the movant has failed to attach the subpoena which forms the basis for its motion to quash.

 Done, this 13th day of July, 2005.

              /s/ Susan Russ Walker
              SUSAN RUSS WALKER
              UNITED STATES MAGISTRATE JUDGE