IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv1155-F |
| ) | WO |
| AUTAUGA COUNTY ) | |
| BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

Upon consideration of defendant's motion to compel (Doc. # 39), filed September 2, 2005 and plaintiff's motion to compel production (Doc. # 43), filed September 8, 2005, and based on the telephone conference held on the record on September 22, 2005, and for good cause, it is

ORDERED that the motions be and hereby are DENIED as moot without prejudice.

DONE, this 23rd day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE