IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AUTAUGA COUNTY BOARD OF )<br>EDUCATION, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:04-CV-1155-MEF<br>WO |

## **ORDER ON MOTION**

Upon consideration of plaintiffs' first motion for extension of time to file response (Doc. # 82), filed March 21, 2006, and for good cause, it is

ORDERED that the motion is GRANTED.  Plaintiffs may file their motion to compel on or before March 31, 2006.  It is further ORDERED that defendants may respond to plaintiffs' motion on or before April 10, 2006.

Done, this 22nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE