IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANE DOE 1, et al.,                    )
                                       )
            Plaintiffs,                )
                                       )
v.                                     )        CASE NO. 2:04-CV-1155-F
                                       )                 WO
AUTAUGA COUNTY BOARD OF                )
EDUCATION, *et al.,*                   )
                                       )
            Defendants.                )

## ORDER ON MOTION

Upon consideration of defendants' motion for file response to motion for sanctions

under seal (Doc. # 111), filed August 21, 2006, and for good cause, it is

ORDERED that the motion is GRANTED as follows:

Defendants are DIRECTED to file an unredacted copy of the response under seal and

to serve a redacted copy on the plaintiffs which omits only the specific information which

defendants contend, in good faith, to be privileged.

DONE, this 23rd day of August, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE