IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv1155-F |
| ) | WO |
| AUTAUGA COUNTY BOARD ) | |
| OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The court has reviewed the documents produced by defendants *in camera* to the undersigned, which defendants represent to include "all documents related to the alleged wrongdoing of Terry Wright" (*see* Doc. #116). Defendants indicate that plaintiffs' counsel already has in his possession the following documents either directly from defendants or indirectly from the State Board of Education[1]:

1. Application File and Payroll; Substitute License Records for Terry Wright.
2. Autauga County Board of Education (ACBOE) Policy Manual (portions).
3. ACBOE Monthly Substitute Lists from August through December 2004.
4. Prattville Elementary School (PES) Student Handbook and Faculty Handbook (portions).
5. Documents regarding new substitute policy from 11/04.
6. Investigation Reports of Angel Garrett, principal of PIS, and Jim Abraham, principal of PES.
7. Dene Cleveland's Notes.
8. Minutes from Principals' Meetings.

Defendants also list a number of documents not turned over to plaintiffs in this case, but

---

[1] Because plaintiffs already have these documents, any question of privilege relating to the production of the documents is moot.

produced to plaintiffs in the A.G. case in response to production requests. They do not claim privilege as to any of these documents. Therefore, in an excess of caution, and despite its agreement with defendants that these documents arguably were not responsive to plaintiffs' discovery requests, the court will direct that the following documents also be made available to plaintiffs:

1. Student Records for Others Besides Jane Doe.
2. Remainder of ACBOE Policy Manual.
3. Remainder of PES Student Handbook and Faculty Handbook.
4. PIS Student Handbook and Faculty Handbook.
5. PJHS Student Handbook and Faculty Handbook.
6. PHS Student Handbook and Faculty Handbook.
7. Faculty Meeting Minutes for PES, PIS, PJHS and PHS from 7/04 through 12/04.
8. Complaint from Parent (listed as #11 in the index of documents produced).
9. Mail Log.
10. Larry Butler's Calendar.
11. Minutes from 2004 Teacher Inservice Meeting.
12. List of Dene Cleveland's Relatives in the Middle District.

Accordingly, it is

ORDERED that plaintiffs are DIRECTED to contact defendants on or before April 24, 2007 if they desire production of any of the documents listed above. The documents are subject to any protective orders currently in place (*see* Doc. ## 33, 76). If defendants wish to recover the copies of the documents produced *in camera* from chambers, they may do so on or before April 24, 2007.[2]

---

[2] The court notes that these documents have not been filed in this case. If any party seeks to have the documents filed under seal for any reason, they shall so notify the court by April 13, 2007.

DONE, this 11th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

DONE, this 11th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE