IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04 CV1155-F |
| ) | (WO) |
| AUTAUGA COUNTY BOARD ) | |
| OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's response to defendant's motion to compel (Doc. # 136), filed June 11, 2007, and for good cause, it is

ORDERED that defendants shall file a reply to plaintiff's response on or before June 21, 2007.

DONE, this 14th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1